**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROOSEVELT NEROES,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Case No. 2:21-cv-00975-JCM-NJK<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 16, 2021 through and including **August 16, 2021**. The request was made by Equifax in order to allow the parties additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

IT IS SO ORDERED.

Dated: July 19, 2021

_____
Nancy J. Koppe
U.S. Magistrate Judge